344 A.2d 461

**COMMONWEALTH of Pennsylvania**

v.

**Myers D. THOMAS, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 25, 1974.

Decided Oct. 3, 1975.

Joseph N. Bongiovanni, Jr., Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Division, Philadelphia, Suz-

anne Balen Ercole, Asst. Dist. Atty., Abraham J. Gafni, Deputy Dist. Atty. for Law, for appellee.

Before JONES, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

Order affirmed.

EAGEN, J., took no part in the consideration or decision of this case.